IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER SMYCZEK, et al., | CASE NO. 1:22-cv-01263 |
| Plaintiffs, | JUDGE DAVID A. RUIZ |
| v. | ORDER OF DISMISSAL |
| PATEL & PATEL, *originally named as Journey Inn, LLC*, | |
| Defendant. | |

On February 9, 2023, Plaintiff Keith Cassara, through his counsel, informed the Court telephonically that he and the defendant have resolved his claims. The parties were ordered to file a proposed and executed Stipulation of Dismissal on or before March 13, 2023. As of the date of this Order, the parties have not filed a Stipulated Notice of Dismissal, or moved for an enlargement of time. Therefore, the docket is marked "resolved and dismissed without prejudice."

On or before April 27, 2023, the parties shall file a proposed and executed Stipulation of Dismissal, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), (B), which, if approved, shall supersede this Order.

IT IS SO ORDERED.

Date: March 28, 2023

/s/*David A. Ruiz*
David A. Ruiz
United States District Judge