**IT IS SO ORDERED.**
s/*David A. Ruiz*
U.S. District Judge
4/4/2023

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER SMYCZEK, *et al*, | ) | CASE NO. 1:22-CV-01263 |
| | ) | |
| | ) | JUDGE DAVID A. RUIZ |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER REGARDING STIPULATED** |
| | ) | **NOTICE OF DISMISSAL WITH** |
| JOURNEY INN, LLC | ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, Keith Cassera and Defendant, Journey Inn, LLC., by and through their respective counsel, hereby voluntarily dismiss with prejudice the above captioned case. Each party to bear their own costs and attorney fees.

Respectfully submitted,

| | |
|---|---|
| *s/ Claire I. Wade* <br> Claire I. Wade (0093174) <br> Sobel, Wade & Mapley, LLC <br> 55 Erieview Plaza, Suite 370 <br> Cleveland, Ohio 44114 <br> T: (216) 223-7213 <br> F: (216) 223-7213 <br> wade@swmlawfirm.com <br><br> *Attorney for Plaintiff* | *s/ Matthew A. Dooley* <br> Matthew A. Dooley (0081482) <br> Michael R. Briach (0097986) <br> 5455 Detroit Road <br> Sheffield Village, OH 44054 <br> P: (440) 930-4001 <br> mdooley@dooleygembala.com <br> mbriach@dooleygembala.com <br><br> Attorneys for Defendant |